**Josephat MUA, Plaintiff—Appellant,**

v.

**BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY, Defendant–Appellee.**

No. 12–2151.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2013.

Decided: Feb. 13, 2013.

Josephat Mua, Appellant Pro Se. James Edward Fisher, Abbey G. Hairston, THATCHER LAW FIRM, Greenbelt, Maryland, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josephat Mua seeks to appeal the district court's order dismissing Count V of his complaint, staying the remainder of his claims, and administratively closing his case pending resolution of his state and county administrative proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Mua seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Mua's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*